# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MISSOURI
## WESTERN DIVISION

### JUDGMENT IN A CIVIL CASE

| | |
|---|---|
| **VIRGINIA L. BRUCE** ) | |
| ) | |
| **Plaintiff** ) | |
| vs. ) | Civil Case No. 06-0381-CV-W-DW |
| ) | |
| **JO ANNE BARNHART** ) | |
| **Commissioner of Social Security** ) | |
| ) | |
| **Defendant** ) | |

__X__  **Decision by Court.** This action came before the Court as a briefed matter. The issues have been reviewed and a decision has been rendered.

       **ORDERED**: the Commissioner's decision denying Plaintiff's disability benefits is **AFFIRMED**.

February 13, 2007                        Patricia Brune
Date                                          Clerk

                                       By: __/s/ Y. Johnson__
                                                 Deputy Clerk